No. D–525.  IN RE DISBARMENT OF PHELPS.  It is ordered that Robert Edward Phelps, Jr., of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–526.  IN RE DISBARMENT OF DOBBS.  It is ordered that Hubert Lee Dobbs, Jr., of Phoenix, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–527.  IN RE DISBARMENT OF MANN.  It is ordered that Michael Benjamin Mann, of Panama City, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 104, Orig.  NEW JERSEY v. NEVADA ET AL.  Motion to expedite consideration of motion for leave to file bill of complaint denied.  Motion for preliminary injunction denied.  Motion for leave to file bill of complaint granted and defendants allowed 60 days within which to answer.

No. 84–1661.  KIMMELMAN, ATTORNEY GENERAL OF NEW JERSEY, ET AL. v. MORRISON.  C. A. 3d Cir.  [Certiorari granted, ante, p. 815.]  Motion for appointment of counsel granted, and it is ordered that William E. Staehle, Esquire, of Chatham, N. J., be appointed to serve as counsel for respondent in this case.

No. 84–2015.  MACDONALD, SOMMER & FRATES v. COUNTY OF YOLO ET AL.  Appeal from Ct. App. Cal., 3d App. Dist.  Probable jurisdiction noted.

No. 84–1903.  POSADAS DE PUERTO RICO ASSOCIATES, DBA CONDADO HOLIDAY INN v. TOURISM COMPANY OF PUERTO RICO ET AL.  Appeal from Sup. Ct. P. R.  Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 85–224.  CITY OF RIVERSIDE ET AL. v. RIVERA ET AL.  C. A. 9th Cir.  Certiorari granted.